———o———

HENRY REINECKE, Respondent, vs. MICHAEL JOD, Appellant.

1. *Practice, civil—Trials—References—Exceptions to report.*—Unless exceptions to a referee's report are allowed, the report should be confirmed and judgment rendered thereon in the same manner and with like effect as upon a special verdict. The case should not be set down for a re-trial by the court.

*Appeal from St. Louis Circuit Court.*

*Thos. B. Childress,* for Appellant.

*Finkelburg & Rassieur,* for Respondent.

ADAMS, Judge, delivered the opinion of the court.

This was an action in the nature of a bill in chancery, for the settlement of a partnership between plaintiff and defendant.

The petition alleges a partnership in quarrying rock, and in the purchase of a lot in St. Louis for that purpose. The plaintiff bought the lot in his own name for the partnership. The defendant denied that this purchase was for the partnership, and the chief litigation was in regard to this purchase. By consent of parties the case was referred to a referee to report upon, and adjust the partnership accounts between the parties.

The referee made a full and elaborate examination of the whole case as directed by the court and filed his report in

court on the 17th day of October, 1871. The defendant af-
terwards, on the 11th day of November, filed exceptions to
this report, which were by the court overruled, and he except-
ed to this ruling. The referee found a balance in favor of
the plaintiff, and the court confirmed the report, and render-
ed a judgment thereon in favor of the plaintiff. The defend-
ant afterwards in due time filed a motion for a rehearing,
which was overruled, and he appealed to the General Term
where the judgment at Special Term was affirmed, and he has
appealed to this court.

The main points relied on here are objections to the allow-
ances made by the referee in favor of the plaintiff, as being
unsupported by the evidence. It does not appear from the
record upon what ground the exceptions to the report of the
referee were overruled. The law requires exceptions to be
filed within four days in term after the report is filed.
(1 Wagn. Stat., 148, § 41.) These exceptions were not filed
within the prescribed time, and might have been overruled
for that reason.

But I have examined the evidence and find no merit in the
exceptions. The defendant also makes the point here, that
the case should have been set down for hearing after the re-
port of the referee was made, and the issues re-tried by the
court without regard to the report of the referee. That is
not the law in this State. Unless exceptions to the report are
allowed, the court confirms the report, and judgment must be
rendered thereon, in the same manner and with like effect as
upon a special verdict. (Wagn. Stat., 148, § 42.)

Let the judgment be affirmed. All the judges concur.